# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510<br>New York, New York 10165 | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

jandrophy@faillacelaw.com

December 11, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **Medina Ortiz et al v. 157 Matanza Deli Grocery Inc. et al**

          **Case No. 19-cv-05405-VEC**

Dear Judge Caproni:

      I am counsel to Plaintiff in the above referenced matter, and I write jointly with the attorney for Defendants. The parties have revised the settlement agreement in accordance with the Court's direction (*see* Dkt. No. 29), and the executed revised agreement is attached hereto as **Exhibit A.**

      We therefore ask the Court to approve the settlement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015) and dismiss the case as against Defendants with prejudice.

      Thank you for your consideration in this matter.

                                      Respectfully Submitted,

                                      /s/ Joshua S. Androphy
                                      Joshua S. Androphy
                                      Michael Faillace & Associates, P.C.
                                      *Attorneys for Plaintiffs*

cc:    Victor Jose Molina, Jr.
        Benjamin Sharav

Hon. Valerie E. Caproni
December 11, 2019
Page 2 of 2

*Attorneys for Defendants*

FPDOCS 34915812.1