USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN ERNESTO MEDINA ORTIZ, *individually and on behalf of others similarly situated*,

                            Plaintiff,

      -against-

157 MATANZA DELI GROCERY INC., *d/b/a 157 Matanza Deli Grocery*; LUIS MELO; JOSE MIGUEL ORTIZ; JUAN CARLOS ORTIZ,

                            Defendants.
-------------------------------------------------------------- X

19-CV-5405 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 30, 2019, counsel for the parties submitted a proposed settlement agreement, *see* Dkt. 28, for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015);

      WHEREAS on November 15, 2019, the Court did not approve the settlement agreement due to its drafting errors and non-disparagement/non-publicity provisions, but otherwise found that the settlement agreement was fair and reasonable, and ordered counsel to submit a revised settlement agreement consistent with the Court's order, *see* Dkt. 29; and

      WHEREAS on December 11, 2019, counsel submitted a revised settlement agreement that cured the defects identified by the Court in its order dated November 15, *see* Dkt. 32-1;

IT IS HEREBY ORDERED that the parties' revised settlement agreement is approved, Dkt. 31-1, as fair and reasonable. The Clerk of Court is respectfully directed to terminate all open motions and close this case.

**SO ORDERED.**

Date: December 12, 2019
New York, NY

**VALERIE CAPRONI**
**United States District Judge**